Rachel E. Kaufman (CSB# 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, Florida 33133
Telephone: (305) 469-5881

*Attorney for Plaintiff and the Proposed Classes*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM FRANCIS ELLWOOD,** individually, **EITAN BARR,** individually, and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**NETWORK CAPITAL FUNDING CORPORATION**, a Nevada company,<br><br>*Defendant.* | Case No. 8:22-cv-01522-DOC<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Hon. David O. Carter |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs William Francis Ellwood and Eitan Barr and Defendant Network Capital Funding Corporation hereby stipulate and provide notice to the Court of the dismissal of this action without prejudice, with each party to bear its own fees and costs.

So stipulated.

|   |   |   |
|---|---|---|
| 1 |   | Respectfully Submitted, |
| 2 | Dated: November 10, 2022 | By: /s/ Rachel E. Kaufman |
| 3 |   | Rachel E. Kaufman (Cal Bar No. 259353) |
|   |   | rachel@kaufmanpa.com |
| 4 |   | KAUFMAN P.A. |
| 5 |   | 237 South Dixie Highway, 4th Floor |
|   |   | Coral Gables, FL 33133 |
| 6 |   | Telephone: (305) 469-5881 |
| 7 |   |   |
| 8 |   | *Attorney for Plaintiff and the putative Classes* |
| 9 |   |   |
| 10 |   | By: /s/ Nathan D. Chapman |
| 11 |   | Nathan D. Chapman (SBN 338735) |
|   |   | nchapman@kcozlaw.com |
| 12 |   | KABAT CHAPMAN & OZMER LLP |
| 13 |   | 171 17th Street NW, Suite 1550 |
|   |   | Atlanta, Georgia 30363 |
| 14 |   | Telephone: (404) 400-7300 |
|   |   | Facsimile: (404) 400-7333 |
| 15 |   |   |
| 16 |   | Attorney for Defendant |
| 17 |   | *Network Capital Funding Corporation* |

### ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Rachel Kaufman, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By: /s/ Rachel E. Kaufman
Rachel E. Kaufman

-2-

STIPULATION OF DISMISSAL
*Ellwood, et al. v. Network Capital Funding Corp.*