UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

JS-6

| | | | |
|---|---|---|---|
| Case No. | 8:22-cv-01522-DOC-DFM | Date | November 16, 2022 |
| Title | William Francis Ellwood et al v. Network Capital Funding Corporation | | |

Present: The Honorable **DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

| Karlen Dubon | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION TO DISMISS WITH PREJUDICE**

The Court, having been advised that this action has been resolved by a Stipulation of Dismissal [16], hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

                                                                                        - : -

Initials of Deputy Clerk    kdu